UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACKSON HOLE BURGER, INC.,

        Plaintiff,

   -v-

THE ESTATE OF STEVEN GALEKOVIC,
BRIELLE GALEKOVIC,

        Defendants.

---

23-cv-04922 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On June 26, 2023, plaintiff moved to remand the case to state court. Upon consideration of the parties' written submissions and oral argument, the Court hereby denies plaintiff's motion. An opinion explaining the reasons for this decision will follow in due course.

The Clerk is respectfully directed to close entry number 10 on the docket of this case.

SO ORDERED.

New York, NY
July 7, 2023

                                        JED S. RAKOFF, U.S.D.J.