```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JACKSON HOLE BURGER, INC., <br><br>    Plaintiff, <br><br>  -v- <br><br> THE ESTATE OF STEVEN GALEKOVIC, <br> BRIELLE GALEKOVIC, <br><br>    Defendants. | 23-cv-04922 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

On June 26, 2023, defendants moved to disqualify plaintiff's lawyer, Mr. Konstantin Paschalidis, and impute the conflict to his firm, Brach Eichler LLC. Upon consideration of the parties' written submissions and oral argument, the Court hereby grants defendants' motion. Mr. Paschalidis is disqualified, and the conflict is imputed to Brach Eichler LLC. An opinion explaining the reasons for this decision will follow in due course.

Given that a corporation cannot appear pro se, plaintiff will be granted three weeks to obtain new counsel. Once a notice of appearance of new counsel is filed, a conference call will be convened to address scheduling.

The Clerk is respectfully directed to close entry number 9 on the docket of this case.

SO ORDERED.

1

New York, NY  
July /0 , 2023

_____  
JED S. RAKOFF, U.S.D.J.