```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JACKSON HOLE BURGER, INC.,<br><br>         Plaintiff,<br><br>    -v-<br><br>THE ESTATE OF STEVEN GALEKOVIC,<br>BRIELLE GALEKOVIC,<br><br>         Defendants. | 23-cv-04922 (JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

On June 20, 2023, defendants moved to dismiss all of plaintiff's claims. Upon consideration of the parties' written submissions, the Court hereby denies defendants' motion. An opinion explaining the reasons for this decision will follow in due course.

The Clerk is respectfully directed to close entries number 7 and 21 on the docket of this case.

SO ORDERED.

New York, NY
November 2, 2023

_____
JED S. RAKOFF, U.S.D.J.