```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JACKSON HOLE BURGER, INC.,<br><br>　　　　　Plaintiff,<br><br>　　-v-<br><br>THE ESTATE OF STEVEN GALEKOVIC, BRIELLE GALEKOVIC,<br><br>　　　　　Defendants. | 23-cv-04922 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On December 8, 2023, counsel informed the Court that the parties had reached a settlement in principle. See Dkt. No. 27. The parties requested 60 days to consummate the settlement; however, in the Court's view, 60 days is excessive. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 45 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

　　　SO ORDERED.

New York, NY
December _11_, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

1